Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 5/24/2018

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: SHARON HAILEY  　　　　　　　　　CASE NO. 3:15-bk-06350
　　　　2700 HYDES FERRY ROAD  　　　　CHAPTER 13
　　　　NASHVILLE, TN 37218  　　　　　　JUDGE MASHBURN

**Debtor**
SSN: xxx-xx-6280

### ORDER GRANTING DEBTOR'S MOTION FOR SUSPENSION OF PAYMENTS

Debtor filed a Motion for Suspension of Payments. Notice was mailed pursuant to LBR 9013-1 and no responses or objections to the motion were filed.

IT IS ORDERED that the Motion for Suspension of Payments be granted.

1. Debtor's plan payments to the Chapter 13 Trustee will be suspended for 3 months.

2. Debtor will make a direct payment every month to the Trustee during the suspension period in the amount of $367.50 for the car payment owed to Insolve Auto Funding, c/o Capital Recovery Group ($350.00), PO Box 64090, Tucson, AZ 85728-4090 and the Trustee's administrative fee ($17.50). The Chapter 13 Trustee shall disburse the funds on a monthly basis during the suspension.

3. Debtor's plan payment will increase to $270.00 bi-weekly after the proposed suspension to ensure a 60-month plan conclusion.

4. The Debtor will forfeit her future Income Tax Refunds to the Chapter 13 Trustee for the remainder of her bankruptcy plan.

5. Debtor is obligated to make all future payments in accordance with the confirmed Chapter 13 plan and should the Debtor fail to make any payment as required, this case will be dismissed upon filing notice by the Trustee, without further hearing.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

APPROVED FOR ENTRY:

**/s/Mark Podis**
Mark Podis #012216
Attorney for Debtor
1161 Murfreesboro Road Ste 300
Nashville, TN  37217
(615) 399-3800 Telephone
(615) 399-9794 Fax
Email-podisbankruptcy@aol.com

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:15-bk-06350    Doc 53    Filed 05/24/18    Entered 05/24/18 11:37:20    Desc Main Document    Page 2 of 2